In the Matter of the Claim of MARGARET JUDWAY, Respondent, against GARDNER & CORNEAU and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no competent evidence to sustain the finding of causal relation. All concur.

In the Matter of the Claim of L. BALDWIN, Respondent, against ARTHUR McMULLEN COMPANY, Employer, and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Insurance Carrier, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of NICOLA NICOLIA, Respondent, against F. B. LEOPOLD COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to determine whether claimant was totally disabled during the period of the award, and if not to determine his earning .capacity during that period. All concur.

ELEANOR E. BALLARD, Respondent, v. ALLEN I. H. BENSON and Another, Appellants. FRANCES E. BALLARD, Respondent, v. ALLEN I. H. BENSON and Another, Appellants. JAMES R. BALLARD, Respondent, v. ALLEN I. H. BENSON and Another, Appellants. JAMES R. BALLARD, Respondent, v. ALLEN I. H. BENSON and Another, Appellants.— Motion to dismiss appeals granted, unless appellants perfect their appeals and file records and briefs within thirty days and are ready to argue cases at the March term, in which event motion is denied.

PROGRESSIVE SILK MANUFACTURING COMPANY, INC., Respondent, v. LEO MOSSLER, Appellant.— Motion to consolidate appeals denied on the ground that the second order, being a discretionary order, was not appealable.

In the Matter of the Application of MATTHEW PETERS for Admission to the Bar.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals, denied, upon the ground that the entire matter has been considered and decided by this court (221 App. Div. 607), and by the Court of Appeals (250 N. Y. 595).

EDNA L. WHEATON, Appellant, v. ASA B. CLARK and Another, Respondents.— Motion to dismiss appeal granted, by default, with ten dollars costs.

ROBERT M. NEESON, as Executor, etc., of ROBERT D. NEESON, Deceased, Plaintiff, v. EMIL ALSDORF and Another, Copartners Doing Business under the Name and Style of MILTON GARAGE, Defendants.— Motion to dismiss appeal granted, by default, with ten dollars costs.

In the Matter of the Claim of EARL RENWICK, Respondent, v. ALLIANCE FURNITURE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, on the ground that the wage rate found was erroneous and excessive, with costs against the State Industrial Board, and matter remitted to determine the wage rate of the claimant as based upon the average annual earnings of an employee of the same class. All concur.